**THIS ORDER IS SIGNED AND ENTERED.**

Dated: May 22, 2017

_____
Hon. Catherine J. Furay
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WISCONSIN

IN RE:

| | |
|---|---|
| Jeremy Paul Kennedy<br>AND Crystal Lynn Kennedy<br>fka Crystal Lynn Remington<br>fka Crystall Lynn Trautline | Case No.: 17-10480-cjf<br><br>Chapter 7 |
| Debtors. | |

**ORDER GRANTING MOTION FOR RELIEF FROM STAY**

WHEREAS, ACAR Leasing LTD d/b/a GM Financial Leasing has filed a Motion for Relief From Automatic Stay on April 20, 2017 and the Motion for Relief having been served as set forth in the Proof of Service with the deadline for the filing of any written objections with the Court having been set at May 4, 2017; and

WHEREAS, the Debtor Jeremy Paul Kennedy and Crystal Lynn Kennedy fka Crystal Lynn Remington fka Crystall Lynn Trautline filed a written objection to the Motion for Relief on April 27, 2017; and,

Attorney Aaron J. Bernstein
Galanis, Pollack, Jacobs & Johnson, S.C.
839 N. Jefferson Street, Suite 200
Milwaukee, WI 53202
(414) 271-5400
Fax: (414) 271-5571
Email: abernstein@gpjlaw.com

Document    Page 2 of 2

WHEREAS, this matter having come before the Court on May 16, 2017 on Debtor Crystal Lynn Kennedy's objection with the Debtors appearing Pro Se, the Trustee represented by Christopher M. Seelen , and ACAR Leasing LTD d/b/a GM Financial Leasing represented by Attorney Aaron Bernstein;

NOW THEREFORE, IT IS ORDERED that the stay of 11 U.S.C. § 362 be terminated permitting ACAR Leasing LTD d/b/a GM Financial Leasing to take possession of, and liquidate its interest in the 2016 Chevrolet Trax, Vehicle Identification Number KL7CJNSB6GB670847, in accordance with state law.

#####