**THIS ORDER IS SIGNED AND ENTERED.**

Dated: June 7, 2017

Hon. Catherine J. Furay
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WISCONSIN

In Re:

Jeremy Paul Kennedy
Crystal Lynn Kennedy

Debtor(s).

Case Number:  1−17−10480−cjf
Chapter:   7

## ORDER

The reaffirmation agreement made between the debtor(s) and Hermantown Federal Credit Union having been filed and considered,

IT IS HEREBY ORDERED that the reaffirmation agreement is not approved.

###